**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. § 1716 *et seq.*, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 11-13891 |
| v. | ) ) | Hon. Avern Cohn |
| PINE GROVE APARTMENTS OF ROSEVILLE, LTD. a/k/a PINE GROVE APARTMENTS OF ROSEVILLE, LIMITED PARTNERSHIP, an Ohio limited partnership; PINE GROVE APARTMENTS OF ROSEVILLE, II, LTD. a/k/a PINE GROVE APARTMENTS OF ROSEVILLE, II, LIMITED PARTNERSHIP, an Ohio limited partnership, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

<u>**NOTICE OF FILING OF MAY 2012 RECEIVER'S REPORT**</u>

PLEASE TAKE NOTICE that, pursuant to the Preliminary Injunction and Receiver Order (the "Order") previously entered in this matter, GlassRatner Management and Realty Advisors LLC (the "Receiver") has prepared the attached May 2012 monthly report concerning the performance of the Receiver's duties under the Order.  The report was delivered to the undersigned counsel for Plaintiff Federal National Mortgage Association.  Accordingly, Plaintiff's counsel is filing the report herewith.

Dated:  June 26, 2012          Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ Ann Marie Uetz
Ann Marie Uetz (P48922)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
313.234.7100
auetz@foley.com
*Attorneys for Plaintiff Federal National Mortgage Association*

4837-3956-8912.1

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. § 1716 *et seq.*, | ) ) ) ) | |
| Plaintiff, | ) ) | No.  11-13891 |
| v. | ) ) | Hon. Avern Cohn |
| PINE GROVE APARTMENTS OF ROSEVILLE, LTD. a/k/a PINE GROVE APARTMENTS OF ROSEVILLE, LIMITED PARTNERSHIP, an Ohio limited partnership; PINE GROVE APARTMENTS OF ROSEVILLE, II, LTD. a/k/a PINE GROVE APARTMENTS OF ROSEVILLE, II, LIMITED PARTNERSHIP, an Ohio limited partnership, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

_____

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 26, 2012, she caused to be served a copy of the foregoing Notice of Filing of May 2012 Receiver's Report and this Certificate of Service via U.S. Mail, postage fully prepaid, addressed as follows:

> **Pine Grove Apartments of Roseville, Ltd.**
> c/o The Corporation Company
> 30600 Telegraph Road, Suite 2345
> Bingham Farms, MI 48025
>
> **Pine Grove Apartments of Roseville, II, Ltd.**
> c/o The Corporation Company
> 30600 Telegraph Road, Suite 2345
> Bingham Farms, MI 48025

> /s/ Ann Marie Uetz
> Ann Marie Uetz (P48922)
> Foley & Lardner LLP
> 500 Woodward Avenue, Suite 2700
> Detroit, MI 48226-3489
> 313.234.7100
> auetz@foley.com
> *Attorneys for Plaintiff Federal National Mortgage Association*

4837-3956-8912.1



**GLASS**RATNER
MANAGEMENT & REALTY ADVISORS

---

**Pine Grove Apartments**

**Roseville, MI**

**84 Units**

**<u>May 2012</u>**

# Table of Contents

| Report Name | Page # |
|---|---|
| Statement of Financial Position | 3 |
| Statement of Operating Cash Flow | 4 |
| Trial Balance | 7 |
| General Ledger | 9 |
| Aged Payables | 17 |
| Bank Reconciliation – Operating Cash (Bank of America) | 18 |
| Bank Statement – Operating Cash (Bank of America) | 19 |

GlassRatner Management & Realty Advisors LLC

**Pine Grove - MI (9/8/11)**

Statement of Financial Position - Modified Cash Basis

May 31, 2012

Title Transferred 04/06/2012

## ASSETS

| | | |
|---|---|---|
| Operating - Bank of America | $ | 37,756.61 |
| Current Assets | | |
| Total Current Assets | | 37,756.61 |
| Property and Equipment | | |
| Total Property and Equipment | | 0.00 |
| Other Assets | | |
| Total Other Assets | | 0.00 |
| Total Assets | $ | 37,756.61 |

## LIABILITIES AND CAPITAL

| | | |
|---|---|---|
| Current Liabilities | | |
| Total Current Liabilities | | 0.00 |
| Long-Term Liabilities | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 0.00 |
| Capital | | |
| Equity-Retained Earnings | $ | 71,809.19 |
| Distribution | | (35,000.00) |
| Net Income (Loss) | | 947.42 |
| Total Capital | | 37,756.61 |
| Total Liabilities & Capital | $ | 37,756.61 |

**Note: Please refer to Aged Payables report for current AP. Since accounting is cash basis, AP is not reflected above.**

**GlassRatner Management & Realty Advisors LLC**

Unaudited - For Management Purposes Only

**Pine Grove - MI (9/8/11)**
Statement of Operating Cash Flow
Compared with Budget
For the Month Ending May 31, 2012 and the Period January 1, 2012 - May 31, 2012

| | Current Month Actual | Current Month Budget | Current Month Variance | Year to Date Actual | Year to Date Budget | Year to Date Variance |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Gross Rent Potential | $ 0.00 | $ 50,717.00 | (50,717.00) | $ 219,624.00 | $ 253,585.00 | (33,961.00) |
| Vacancy | 0.00 | (8,695.00) | 8,695.00 | (39,289.84) | (44,237.00) | 4,947.16 |
| Gain (Loss) to Lease | 0.00 | (7,900.00) | 7,900.00 | (22,606.64) | (39,500.00) | 16,893.36 |
| Concessions-Move in | 0.00 | (2,100.00) | 2,100.00 | (3,143.44) | (10,500.00) | 7,356.56 |
| Concessions-Model & Employee | 0.00 | (529.00) | 529.00 | (3,446.30) | (2,645.00) | (801.30) |
| Beginning Delinquency Balance | 0.00 | 0.00 | 0.00 | 51,734.25 | 0.00 | 51,734.25 |
| Ending Delinquency Balance | 0.00 | 0.00 | 0.00 | (51,463.62) | 0.00 | (51,463.62) |
| Write Off's | 0.00 | (1,000.00) | 1,000.00 | (13,791.39) | (5,500.00) | (8,291.39) |
| Late Fees | 0.00 | 200.00 | (200.00) | 1,424.00 | 1,100.00 | 324.00 |
| Warrant Fees | 0.00 | 0.00 | 0.00 | 142.00 | 0.00 | 142.00 |
| Month to Month Fees | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 200.00 |
| Application Fees | 0.00 | 50.00 | (50.00) | 450.00 | 310.00 | 140.00 |
| Pet Fee | 0.00 | 300.00 | (300.00) | 775.53 | 1,500.00 | (724.47) |
| Security Deposit Forfeits | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | (100.00) |
| Electric Reimbursement | 0.00 | 0.00 | 0.00 | 400.00 | 0.00 | 400.00 |
| Utility Income | 0.00 | 2,000.00 | (2,000.00) | 4,382.38 | 10,000.00 | (5,617.62) |
| Beginning Prepaid Balance | 0.00 | 0.00 | 0.00 | (16,825.07) | 0.00 | (16,825.07) |
| Ending Prepaid Balance | 0.00 | 0.00 | 0.00 | 18,944.37 | 0.00 | 18,944.37 |
| Total Revenues | 0.00 | 33,043.00 | (33,043.00) | 147,510.23 | 164,213.00 | (16,702.77) |
| | | | | | | |
| **Expenses** | | | | | | |
| Advertising & Promo | 0.00 | 200.00 | (200.00) | 0.00 | 700.00 | (700.00) |
| Auto/Travel Expense | 0.00 | 0.00 | 0.00 | 430.88 | 0.00 | 430.88 |
| Marketing/Resident Activities | 0.00 | 0.00 | 0.00 | 21.18 | 0.00 | 21.18 |
| Bank Charges | 65.01 | 0.00 | 65.01 | 448.89 | 0.00 | 448.89 |
| Unfunded Security Deposit Refu | 0.00 | 0.00 | 0.00 | 424.26 | 0.00 | 424.26 |
| Telephone/Internet | 21.25 | 100.00 | (78.75) | 422.77 | 500.00 | (77.23) |
| Leasing Expense: Credit/Crimin | 0.00 | 54.00 | (54.00) | 256.50 | 270.00 | (13.50) |
| Evictions/Legal Fees | 0.00 | 300.00 | (300.00) | 1,745.26 | 1,500.00 | 245.26 |
| Property Mgmt Software | 0.00 | 95.00 | (95.00) | 190.00 | 475.00 | (285.00) |
| Office Supplies: General | 20.14 | 50.00 | (29.86) | 599.77 | 250.00 | 349.77 |
| Office Supplies: Equipment | 0.00 | 0.00 | 0.00 | 105.98 | 0.00 | 105.98 |
| Postage/Courier | 165.56 | 44.00 | 121.56 | 401.34 | 220.00 | 181.34 |
| Receiver Fees | 0.00 | 1,900.00 | (1,900.00) | 7,600.00 | 9,500.00 | (1,900.00) |
| Legal & Professional Fees | 0.00 | 0.00 | 0.00 | 184.00 | 0.00 | 184.00 |
| Signage/Shopping Reports | 64.65 | 0.00 | 64.65 | 108.06 | 0.00 | 108.06 |
| Resident Promotions | 31.26 | 0.00 | 31.26 | 31.26 | 0.00 | 31.26 |

**GlassRatner Management & Realty Advisors LLC**
Unaudited - For Management Purposes Only

# Pine Grove - MI (9/8/11)
## Statement of Operating Cash Flow
### Compared with Budget
For the Month Ending May 31, 2012 and the Period  January 1, 2012 -May 31, 2012

|  | Current Month Actual | Current Month Budget | Current Month Variance | Year to Date Actual | Year to Date Budget | Year to Date Variance |
|---|---|---|---|---|---|---|
| Maintenance Supplies | 85.43 | 300.00 | (214.57) | 1,291.38 | 1,500.00 | (208.62) |
| Cleaning Supplies | 0.00 | 25.00 | (25.00) | 250.63 | 75.00 | 175.63 |
| Plumbing Repairs/Supplies | 64.18 | 100.00 | (35.82) | 1,909.89 | 500.00 | 1,409.89 |
| Electrical Repairs/Supplies | 28.57 | 150.00 | (121.43) | 928.08 | 750.00 | 178.08 |
| HVAC Repairs/Supplies | 0.00 | 100.00 | (100.00) | 820.13 | 500.00 | 320.13 |
| Lamps & Fixtures | 0.00 | 0.00 | 0.00 | 714.38 | 0.00 | 714.38 |
| Key/Lock Expense | 0.00 | 0.00 | 0.00 | 429.82 | 0.00 | 429.82 |
| Resurfacing | 0.00 | 0.00 | 0.00 | 373.13 | 0.00 | 373.13 |
| Painting | 25.31 | 500.00 | (474.69) | 1,774.55 | 3,500.00 | (1,725.45) |
| Cleaning | 0.00 | 200.00 | (200.00) | 805.00 | 1,000.00 | (195.00) |
| Carpet Cleaning | 0.00 | 130.00 | (130.00) | 905.00 | 605.00 | 300.00 |
| Common Area Repairs | 0.00 | 0.00 | 0.00 | 248.49 | 0.00 | 248.49 |
| Glass/Screen/Mirror | 0.00 | 50.00 | (50.00) | 465.80 | 250.00 | 215.80 |
| Blinds | 0.00 | 0.00 | 0.00 | 444.41 | 0.00 | 444.41 |
| Appliance Parts/Repair | 0.00 | 0.00 | 0.00 | 193.11 | 100.00 | 93.11 |
| Mold Removal | 0.00 | 0.00 | 0.00 | 750.00 | 0.00 | 750.00 |
| Tools & Equipment | 0.00 | 0.00 | 0.00 | 282.65 | 0.00 | 282.65 |
| Appliance Repairs/Parts | 0.00 | 0.00 | 0.00 | 135.11 | 0.00 | 135.11 |
| Washer/Dryer Rental | 0.00 | 0.00 | 0.00 | 810.35 | 0.00 | 810.35 |
| Interior Door Repair | 0.00 | 0.00 | 0.00 | 794.94 | 0.00 | 794.94 |
| Garbage Disposals | 0.00 | 0.00 | 0.00 | 102.59 | 0.00 | 102.59 |
| Snow Removal & Products | 0.00 | 0.00 | 0.00 | 3,481.07 | 3,240.00 | 241.07 |
| Landscaping | 0.00 | 1,510.00 | (1,510.00) | 5,963.60 | 3,020.00 | 2,943.60 |
| Pest Control | 330.00 | 65.00 | 265.00 | 795.00 | 325.00 | 470.00 |
| Roof Repairs | 0.00 | 0.00 | 0.00 | 2,340.00 | 0.00 | 2,340.00 |
| Salary Expense | 0.00 | 4,720.00 | (4,720.00) | 19,185.46 | 25,960.00 | (6,774.54) |
| Payroll Taxes & Benefits | 223.90 | 708.00 | (484.10) | 3,936.88 | 3,894.00 | 42.88 |
| Payroll Processing Fee | 0.00 | 150.00 | (150.00) | 770.20 | 825.00 | (54.80) |
| Workers Comp | 0.00 | 0.00 | 0.00 | 854.30 | 0.00 | 854.30 |
| Trash Removal | 0.00 | 611.00 | (611.00) | 2,037.17 | 3,055.00 | (1,017.83) |
| Utilities: Electric | 798.35 | 700.00 | 98.35 | 6,089.94 | 4,400.00 | 1,689.94 |
| Utilities: Water & Sewer | 0.00 | 2,600.00 | (2,600.00) | 25,671.73 | 13,000.00 | 12,671.73 |
| Insurance Expense | 272.61 | 0.00 | 272.61 | 4,838.63 | 19,821.00 | (14,982.37) |
| Property Taxes | 0.00 | 0.00 | 0.00 | 30,889.27 | 30,700.00 | 189.27 |
| Carpet Replacement | 0.00 | 650.00 | (650.00) | 3,884.68 | 3,250.00 | 634.68 |
| Vinyl Replacement | 0.00 | 300.00 | (300.00) | 2,127.96 | 1,500.00 | 627.96 |
| HVAC Replacement | 0.00 | 700.00 | (700.00) | 0.00 | 2,100.00 | (2,100.00) |
| Water Heaters | 0.00 | 300.00 | (300.00) | 1,627.22 | 1,200.00 | 427.22 |
| Appliances: Refrigerator | 0.00 | 0.00 | 0.00 | 2,056.40 | 700.00 | 1,356.40 |
| Appliances: Washer/Dryer | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | (200.00) |

**GlassRatner Management & Realty Advisors LLC**
Unaudited - For Management Purposes Only

**Pine Grove - MI (9/8/11)**
Statement of Operating Cash Flow
Compared with Budget
For the Month Ending May 31, 2012 and the Period January 1, 2012 -May 31, 2012

|  | Current Month Actual | Current Month Budget | Current Month Variance | Year to Date Actual | Year to Date Budget | Year to Date Variance |
|---|---|---|---|---|---|---|
| Appliances: Dishwashers | 0.00 | 0.00 | 0.00 | 785.48 | 0.00 | 785.48 |
| Appliances: Stoves | 0.00 | 350.00 | (350.00) | 1,708.71 | 1,050.00 | 658.71 |
| Parking Lots/Sidewalks | 0.00 | 0.00 | 0.00 | 119.52 | 0.00 | 119.52 |
| Total Expenses | 2,196.22 | 17,662.00 | (15,465.78) | 146,562.81 | 140,435.00 | 6,127.81 |
| Net Income (Loss) | $ (2,196.22) | $ 15,381.00 | (17,577.22) | $ 947.42 | $ 23,778.00 | (22,830.58) |

**GlassRatner Management & Realty Advisors LLC**
Unaudited - For Management Purposes Only

**Pine Grove - MI (9/8/11)**
**General Ledger Trial Balance**
**As of May 31, 2012**

| Account ID | Account Description | Debit Amt | Credit Amt |
|---|---|---|---|
| 1001 | Operating - Bank of Americ | 37,756.61 | |
| 3500 | Equity-Retained Earnings | | 71,809.19 |
| 3525 | Distribution | 35,000.00 | |
| 4000 | Gross Rent Potential | | 219,624.00 |
| 4002 | Vacancy | 39,289.84 | |
| 4003 | Gain (Loss) to Lease | 22,606.64 | |
| 4004 | Concessions-Move in | 3,143.44 | |
| 4005 | Concessions-Model & Emp | 3,446.30 | |
| 4006 | Beginning Delinquency Bal | | 51,734.25 |
| 4007 | Ending Delinquency Balanc | 51,463.62 | |
| 4008 | Write Off's | 13,791.39 | |
| 4009 | Late Fees | | 1,424.00 |
| 4010 | Warrant Fees | | 142.00 |
| 4012 | Month to Month Fees | | 200.00 |
| 4013 | Application Fees | | 450.00 |
| 4015 | Pet Fee | | 775.53 |
| 4018 | Electric Reimbursement | | 400.00 |
| 4020 | Utility Income | | 4,382.38 |
| 4304 | Beginning Prepaid Balance | 16,825.07 | |
| 4305 | Ending Prepaid Balance | | 18,944.37 |
| 5001 | Auto/Travel Expense | 430.88 | |
| 5002 | Marketing/Resident Activiti | 21.18 | |
| 5003 | Bank Charges | 448.89 | |
| 5004 | Unfunded Security Deposit | 424.26 | |
| 5005 | Telephone/Internet | 422.77 | |
| 5006 | Leasing Expense: Credit/Cr | 256.50 | |
| 5007 | Evictions/Legal Fees | 1,745.26 | |
| 5008 | Property Mgmt Software | 190.00 | |
| 5009 | Office Supplies: General | 599.77 | |
| 5010 | Office Supplies: Equipment | 105.98 | |
| 5012 | Postage/Courier | 401.34 | |
| 5014 | Receiver Fees | 7,600.00 | |
| 5016 | Legal & Professional Fees | 184.00 | |
| 5018 | Signage/Shopping Reports | 108.06 | |
| 5021 | Resident Promotions | 31.26 | |
| 6000 | Maintenance Supplies | 1,291.38 | |
| 6001 | Cleaning Supplies | 250.63 | |
| 6002 | Plumbing Repairs/Supplies | 1,909.89 | |
| 6003 | Electrical Repairs/Supplies | 928.08 | |
| 6004 | HVAC Repairs/Supplies | 820.13 | |
| 6005 | Lamps & Fixtures | 714.38 | |
| 6006 | Key/Lock Expense | 429.82 | |
| 6009 | Resurfacing | 373.13 | |
| 6010 | Painting | 1,774.55 | |
| 6011 | Cleaning | 805.00 | |
| 6012 | Carpet Cleaning | 905.00 | |
| 6014 | Common Area Repairs | 248.49 | |
| 6015 | Glass/Screen/Mirror | 465.80 | |
| 6016 | Blinds | 444.41 | |
| 6017 | Appliance Parts/Repair | 193.11 | |
| 6018 | Mold Removal | 750.00 | |
| 6020 | Tools & Equipment | 282.65 | |
| 6021 | Appliance Repairs/Parts | 135.11 | |
| 6025 | Washer/Dryer Rental | 810.35 | |
| 6030 | Interior Door Repair | 794.94 | |
| 6032 | Garbage Disposals | 102.59 | |
| 6040 | Snow Removal & Products | 3,481.07 | |
| 6041 | Landscaping | 5,963.60 | |
| 6042 | Pest Control | 795.00 | |
| 6060 | Roof Repairs | 2,340.00 | |
| 7000 | Salary Expense | 19,185.46 | |
| 7002 | Payroll Taxes & Benefits | 3,936.88 | |
| 7003 | Payroll Processing Fee | 770.20 | |

**Pine Grove - MI (9/8/11)**
**General Ledger Trial Balance**
**As of May 31, 2012**

| Account ID | Account Description | Debit Amt | Credit Amt |
|---|---|---|---|
| 7004 | Workers Comp | 854.30 | |
| 8000 | Trash Removal | 2,037.17 | |
| 8001 | Utilities: Electric | 6,089.94 | |
| 8002 | Utilities: Water & Sewer | 25,671.73 | |
| 8500 | Insurance Expense | 4,838.63 | |
| 8505 | Property Taxes | 30,889.27 | |
| 9001 | Carpet Replacement | 3,884.68 | |
| 9002 | Vinyl Replacement | 2,127.96 | |
| 9004 | Water Heaters | 1,627.22 | |
| 9006 | Appliances: Refrigerator | 2,056.40 | |
| 9008 | Appliances: Dishwashers | 785.48 | |
| 9009 | Appliances: Stoves | 1,708.71 | |
| 9012 | Parking Lots/Sidewalks | 119.52 | |
| | **Total:** | **369,885.72** | **369,885.72** |

**Pine Grove - MI (9/8/11)**
**General Ledger**
**For the Period From May 1, 2012 to May 31, 2012**

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1001<br>Operating - Bank of A | 5/1/12 | | | Beginning Balance | | | 74,952.83 |
| | 5/1/12 | 2169 | CDJ | GlassRatner Mana | | 169.64 | |
| | 5/1/12 | 2170 | CDJ | Office Depot | | 116.05 | |
| | 5/1/12 | Rent due to | GEN | Rent due to Mgmt | 299.00 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy | | 798.35 | |
| | 5/8/12 | 2172 | CDJ | Jill Yee-Petty Cash | | 316.04 | |
| | 5/8/12 | 2173 | CDJ | Premier Pest Mana | | 330.00 | |
| | 5/15/12 | 05/15/12 | GEN | Service Charge | | 65.01 | |
| | 5/24/12 | 2174 | CDJ | Seattle Specialty In | | 272.61 | |
| | 5/24/12 | 2175 | CDJ | Glass Ratner Mgm | | 128.52 | |
| | 5/29/12 | Transfer D | GEN | Transfer Dep to Mg | 1,797.00 | | |
| | 5/29/12 | Distribution | GEN | Distribution transfe | | 35,000.00 | |
| | 5/31/12 | Deptransto | GEN | Rent dep to mgmt | | 2,096.00 | |
| | | | | Current Period Cha | 2,096.00 | 39,292.22 | -37,196.22 |
| | **5/31/12** | | | **Ending Balance** | | | **37,756.61** |
| 2003<br>Due to Management | 5/1/12 | | | Beginning Balance | | | |
| | 5/1/12 | Rent due to | GEN | Rent due to Mgmt | | 299.00 | |
| | 5/29/12 | Transfer D | GEN | Transfer Dep to Mg | | 1,797.00 | |
| | 5/31/12 | Deptransto | GEN | Rent dep to mgmt | 2,096.00 | | |
| | | | | Current Period Cha | 2,096.00 | 2,096.00 | |
| | **5/31/12** | | | **Ending Balance** | | | |
| 3500<br>Equity-Retained Earni | 5/1/12 | | | Beginning Balance | | | -71,809.19 |
| | **5/31/12** | | | **Ending Balance** | | | **-71,809.19** |
| 3525<br>Distribution | 5/1/12 | | | Beginning Balance | | | |
| | 5/29/12 | Distribution | GEN | Distribution transfe | 35,000.00 | | |
| | | | | Current Period Cha | 35,000.00 | | 35,000.00 |
| | **5/31/12** | | | **Ending Balance** | | | **35,000.00** |
| 4000<br>Gross Rent Potential | 5/1/12 | | | Beginning Balance | | | -219,624.00 |
| | **5/31/12** | | | **Ending Balance** | | | **-219,624.00** |
| 4002<br>Vacancy | 5/1/12 | | | Beginning Balance | | | 39,289.84 |
| | **5/31/12** | | | **Ending Balance** | | | **39,289.84** |
| 4003<br>Gain (Loss) to Lease | 5/1/12 | | | Beginning Balance | | | 22,606.64 |
| | **5/31/12** | | | **Ending Balance** | | | **22,606.64** |
| 4004<br>Concessions-Move in | 5/1/12 | | | Beginning Balance | | | 3,143.44 |
| | **5/31/12** | | | **Ending Balance** | | | **3,143.44** |
| 4005<br>Concessions-Model & | 5/1/12 | | | Beginning Balance | | | 3,446.30 |
| | **5/31/12** | | | **Ending Balance** | | | **3,446.30** |

**Pine Grove - MI (9/8/11)**
**General Ledger**
**For the Period From May 1, 2012 to May 31, 2012**

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 4006<br>Beginning Delinquenc | 5/1/12 | | | Beginning Balance | | | -51,734.25 |
| | **5/31/12** | | | **Ending Balance** | | | **-51,734.25** |
| 4007<br>Ending Delinquency B | 5/1/12 | | | Beginning Balance | | | 51,463.62 |
| | **5/31/12** | | | **Ending Balance** | | | **51,463.62** |
| 4008<br>Write Off's | 5/1/12 | | | Beginning Balance | | | 13,791.39 |
| | **5/31/12** | | | **Ending Balance** | | | **13,791.39** |
| 4009<br>Late Fees | 5/1/12 | | | Beginning Balance | | | -1,424.00 |
| | **5/31/12** | | | **Ending Balance** | | | **-1,424.00** |
| 4010<br>Warrant Fees | 5/1/12 | | | Beginning Balance | | | -142.00 |
| | **5/31/12** | | | **Ending Balance** | | | **-142.00** |
| 4012<br>Month to Month Fees | 5/1/12 | | | Beginning Balance | | | -200.00 |
| | **5/31/12** | | | **Ending Balance** | | | **-200.00** |
| 4013<br>Application Fees | 5/1/12 | | | Beginning Balance | | | -450.00 |
| | **5/31/12** | | | **Ending Balance** | | | **-450.00** |
| 4015<br>Pet Fee | 5/1/12 | | | Beginning Balance | | | -775.53 |
| | **5/31/12** | | | **Ending Balance** | | | **-775.53** |
| 4018<br>Electric Reimburseme | 5/1/12 | | | Beginning Balance | | | -400.00 |
| | **5/31/12** | | | **Ending Balance** | | | **-400.00** |
| 4020<br>Utility Income | 5/1/12 | | | Beginning Balance | | | -4,382.38 |
| | **5/31/12** | | | **Ending Balance** | | | **-4,382.38** |
| 4304<br>Beginning Prepaid Bal | 5/1/12 | | | Beginning Balance | | | 16,825.07 |
| | **5/31/12** | | | **Ending Balance** | | | **16,825.07** |
| 4305<br>Ending Prepaid Balan | 5/1/12 | | | Beginning Balance | | | -18,944.37 |
| | **5/31/12** | | | **Ending Balance** | | | **-18,944.37** |
| 5001<br>Auto/Travel Expense | 5/1/12 | | | Beginning Balance | | | 430.88 |

**Pine Grove - MI (9/8/11)**
**General Ledger**
**For the Period From May 1, 2012 to May 31, 2012**

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| | **5/31/12** | | | **Ending Balance** | | | **430.88** |
| 5002<br>Marketing/Resident A | 5/1/12 | | | Beginning Balance | | | 21.18 |
| | **5/31/12** | | | **Ending Balance** | | | **21.18** |
| 5003<br>Bank Charges | 5/1/12 | | | Beginning Balance | | | 383.88 |
| | 5/15/12 | 05/15/12 | GEN | Service Charge | 65.01 | | |
| | | | | Current Period Cha | 65.01 | | 65.01 |
| | **5/31/12** | | | **Ending Balance** | | | **448.89** |
| 5004<br>Unfunded Security De | 5/1/12 | | | Beginning Balance | | | 424.26 |
| | **5/31/12** | | | **Ending Balance** | | | **424.26** |
| 5005<br>Telephone/Internet | 5/1/12 | | | Beginning Balance | | | 401.52 |
| | 5/8/12 | 2172 | CDJ | Jill Yee-Petty Cash | 21.25 | | |
| | | | | Current Period Cha | 21.25 | | 21.25 |
| | **5/31/12** | | | **Ending Balance** | | | **422.77** |
| 5006<br>Leasing Expense: Cre | 5/1/12 | | | Beginning Balance | | | 256.50 |
| | **5/31/12** | | | **Ending Balance** | | | **256.50** |
| 5007<br>Evictions/Legal Fees | 5/1/12 | | | Beginning Balance | | | 1,745.26 |
| | **5/31/12** | | | **Ending Balance** | | | **1,745.26** |
| 5008<br>Property Mgmt Softwa | 5/1/12 | | | Beginning Balance | | | 190.00 |
| | **5/31/12** | | | **Ending Balance** | | | **190.00** |
| 5009<br>Office Supplies: Gene | 5/1/12 | | | Beginning Balance | | | 579.63 |
| | 5/1/12 | 2170 | CDJ | Office Depot - Invoi | 20.14 | | |
| | | | | Current Period Cha | 20.14 | | 20.14 |
| | **5/31/12** | | | **Ending Balance** | | | **599.77** |
| 5010<br>Office Supplies: Equip | 5/1/12 | | | Beginning Balance | | | 105.98 |
| | **5/31/12** | | | **Ending Balance** | | | **105.98** |
| 5012<br>Postage/Courier | 5/1/12 | | | Beginning Balance | | | 235.78 |
| | 5/8/12 | 2172 | CDJ | Jill Yee-Petty Cash | 91.30 | | |
| | 5/24/12 | 2175 | CDJ | Glass Ratner Mgm | 54.26 | | |
| | 5/24/12 | 2175 | CDJ | Glass Ratner Mgm | 20.00 | | |
| | | | | Current Period Cha | 165.56 | | 165.56 |
| | **5/31/12** | | | **Ending Balance** | | | **401.34** |
| 5014<br>Receiver Fees | 5/1/12 | | | Beginning Balance | | | 7,600.00 |
| | **5/31/12** | | | **Ending Balance** | | | **7,600.00** |

**Pine Grove - MI (9/8/11)**
**General Ledger**
**For the Period From May 1, 2012 to May 31, 2012**

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 5016<br>Legal & Professional | 5/1/12 | | | Beginning Balance | | | 184.00 |
| | **5/31/12** | | | **Ending Balance** | | | **184.00** |
| 5018<br>Signage/Shopping Re | 5/1/12<br>5/1/12 | 2170 | CDJ | Beginning Balance<br>Office Depot - Invoi<br>Current Period Cha | 64.65<br>64.65 | | 43.41<br>64.65 |
| | **5/31/12** | | | **Ending Balance** | | | **108.06** |
| 5021<br>Resident Promotions | 5/1/12<br>5/1/12 | 2170 | CDJ | Beginning Balance<br>Office Depot - Invoi<br>Current Period Cha | 31.26<br>31.26 | | 31.26 |
| | **5/31/12** | | | **Ending Balance** | | | **31.26** |
| 6000<br>Maintenance Supplies | 5/1/12<br>5/8/12 | 2172 | CDJ | Beginning Balance<br>Jill Yee-Petty Cash<br>Current Period Cha | 85.43<br>85.43 | | 1,205.95<br>85.43 |
| | **5/31/12** | | | **Ending Balance** | | | **1,291.38** |
| 6001<br>Cleaning Supplies | 5/1/12 | | | Beginning Balance | | | 250.63 |
| | **5/31/12** | | | **Ending Balance** | | | **250.63** |
| 6002<br>Plumbing Repairs/Su | 5/1/12<br>5/8/12 | 2172 | CDJ | Beginning Balance<br>Jill Yee-Petty Cash<br>Current Period Cha | 64.18<br>64.18 | | 1,845.71<br>64.18 |
| | **5/31/12** | | | **Ending Balance** | | | **1,909.89** |
| 6003<br>Electrical Repairs/Sup | 5/1/12<br>5/8/12 | 2172 | CDJ | Beginning Balance<br>Jill Yee-Petty Cash<br>Current Period Cha | 28.57<br>28.57 | | 899.51<br>28.57 |
| | **5/31/12** | | | **Ending Balance** | | | **928.08** |
| 6004<br>HVAC Repairs/Suppli | 5/1/12 | | | Beginning Balance | | | 820.13 |
| | **5/31/12** | | | **Ending Balance** | | | **820.13** |
| 6005<br>Lamps & Fixtures | 5/1/12 | | | Beginning Balance | | | 714.38 |
| | **5/31/12** | | | **Ending Balance** | | | **714.38** |
| 6006<br>Key/Lock Expense | 5/1/12 | | | Beginning Balance | | | 429.82 |
| | **5/31/12** | | | **Ending Balance** | | | **429.82** |
| 6009<br>Resurfacing | 5/1/12 | | | Beginning Balance | | | 373.13 |
| | **5/31/12** | | | **Ending Balance** | | | **373.13** |

**Pine Grove - MI (9/8/11)**
**General Ledger**
**For the Period From May 1, 2012 to May 31, 2012**

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 6010<br>Painting | 5/1/12 | | | Beginning Balance | | | 1,749.24 |
| | 5/8/12 | 2172 | CDJ | Jill Yee-Petty Cash | 25.31 | | |
| | | | | Current Period Cha | 25.31 | | 25.31 |
| | **5/31/12** | | | **Ending Balance** | | | **1,774.55** |
| 6011<br>Cleaning | 5/1/12 | | | Beginning Balance | | | 805.00 |
| | **5/31/12** | | | **Ending Balance** | | | **805.00** |
| 6012<br>Carpet Cleaning | 5/1/12 | | | Beginning Balance | | | 905.00 |
| | **5/31/12** | | | **Ending Balance** | | | **905.00** |
| 6014<br>Common Area Repair | 5/1/12 | | | Beginning Balance | | | 248.49 |
| | **5/31/12** | | | **Ending Balance** | | | **248.49** |
| 6015<br>Glass/Screen/Mirror | 5/1/12 | | | Beginning Balance | | | 465.80 |
| | **5/31/12** | | | **Ending Balance** | | | **465.80** |
| 6016<br>Blinds | 5/1/12 | | | Beginning Balance | | | 444.41 |
| | **5/31/12** | | | **Ending Balance** | | | **444.41** |
| 6017<br>Appliance Parts/Repai | 5/1/12 | | | Beginning Balance | | | 193.11 |
| | **5/31/12** | | | **Ending Balance** | | | **193.11** |
| 6018<br>Mold Removal | 5/1/12 | | | Beginning Balance | | | 750.00 |
| | **5/31/12** | | | **Ending Balance** | | | **750.00** |
| 6020<br>Tools & Equipment | 5/1/12 | | | Beginning Balance | | | 282.65 |
| | **5/31/12** | | | **Ending Balance** | | | **282.65** |
| 6021<br>Appliance Repairs/Par | 5/1/12 | | | Beginning Balance | | | 135.11 |
| | **5/31/12** | | | **Ending Balance** | | | **135.11** |
| 6025<br>Washer/Dryer Rental | 5/1/12 | | | Beginning Balance | | | 810.35 |
| | **5/31/12** | | | **Ending Balance** | | | **810.35** |
| 6030<br>Interior Door Repair | 5/1/12 | | | Beginning Balance | | | 794.94 |
| | **5/31/12** | | | **Ending Balance** | | | **794.94** |
| 6032 | 5/1/12 | | | Beginning Balance | | | 102.59 |

**Pine Grove - MI (9/8/11)**
**General Ledger**
**For the Period From May 1, 2012 to May 31, 2012**

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| Garbage Disposals | **5/31/12** | | | **Ending Balance** | | | **102.59** |
| | | | | | | | |
| 6040<br>Snow Removal & Pro | 5/1/12 | | | Beginning Balance | | | 3,481.07 |
| | **5/31/12** | | | **Ending Balance** | | | **3,481.07** |
| | | | | | | | |
| 6041<br>Landscaping | 5/1/12 | | | Beginning Balance | | | 5,963.60 |
| | **5/31/12** | | | **Ending Balance** | | | **5,963.60** |
| | | | | | | | |
| 6042<br>Pest Control | 5/1/12 | | | Beginning Balance | | | 465.00 |
| | 5/8/12 | 2173 | CDJ | Premier Pest Mana | 195.00 | | |
| | 5/8/12 | 2173 | CDJ | Premier Pest Mana | 75.00 | | |
| | 5/8/12 | 2173 | CDJ | Premier Pest Mana | 60.00 | | |
| | | | | Current Period Cha | 330.00 | | 330.00 |
| | **5/31/12** | | | **Ending Balance** | | | **795.00** |
| | | | | | | | |
| 6060<br>Roof Repairs | 5/1/12 | | | Beginning Balance | | | 2,340.00 |
| | **5/31/12** | | | **Ending Balance** | | | **2,340.00** |
| | | | | | | | |
| 7000<br>Salary Expense | 5/1/12 | | | Beginning Balance | | | 19,185.46 |
| | **5/31/12** | | | **Ending Balance** | | | **19,185.46** |
| | | | | | | | |
| 7002<br>Payroll Taxes & Benef | 5/1/12 | | | Beginning Balance | | | 3,712.98 |
| | 5/1/12 | 2169 | CDJ | GlassRatner Mana | 169.64 | | |
| | 5/24/12 | 2175 | CDJ | Glass Ratner Mgm | 54.26 | | |
| | | | | Current Period Cha | 223.90 | | 223.90 |
| | **5/31/12** | | | **Ending Balance** | | | **3,936.88** |
| | | | | | | | |
| 7003<br>Payroll Processing Fe | 5/1/12 | | | Beginning Balance | | | 770.20 |
| | **5/31/12** | | | **Ending Balance** | | | **770.20** |
| | | | | | | | |
| 7004<br>Workers Comp | 5/1/12 | | | Beginning Balance | | | 854.30 |
| | **5/31/12** | | | **Ending Balance** | | | **854.30** |
| | | | | | | | |
| 8000<br>Trash Removal | 5/1/12 | | | Beginning Balance | | | 2,037.17 |
| | **5/31/12** | | | **Ending Balance** | | | **2,037.17** |
| | | | | | | | |
| 8001<br>Utilities: Electric | 5/1/12 | | | Beginning Balance | | | 5,291.59 |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 118.81 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 36.99 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 66.82 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 18.58 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 7.62 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 25.48 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 29.73 | | |

**Pine Grove - MI (9/8/11)**
**General Ledger**
**For the Period From May 1, 2012 to May 31, 2012**

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 11.79 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 56.65 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 9.28 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 54.51 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 20.22 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 34.42 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 9.46 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 167.50 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 51.93 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 54.18 | | |
| | 5/8/12 | 2171 | CDJ | DTE Energy - Invoi | 24.38 | | |
| | | | | Current Period Cha | 798.35 | | 798.35 |
| | **5/31/12** | | | **Ending Balance** | | | **6,089.94** |
| 8002<br>Utilities: Water & Sew | 5/1/12 | | | Beginning Balance | | | 25,671.73 |
| | **5/31/12** | | | **Ending Balance** | | | **25,671.73** |
| 8500<br>Insurance Expense | 5/1/12 | | | Beginning Balance | | | 4,566.02 |
| | 5/24/12 | 2174 | CDJ | Seattle Specialty In | 272.61 | | |
| | | | | Current Period Cha | 272.61 | | 272.61 |
| | **5/31/12** | | | **Ending Balance** | | | **4,838.63** |
| 8505<br>Property Taxes | 5/1/12 | | | Beginning Balance | | | 30,889.27 |
| | **5/31/12** | | | **Ending Balance** | | | **30,889.27** |
| 9001<br>Carpet Replacement | 5/1/12 | | | Beginning Balance | | | 3,884.68 |
| | **5/31/12** | | | **Ending Balance** | | | **3,884.68** |
| 9002<br>Vinyl Replacement | 5/1/12 | | | Beginning Balance | | | 2,127.96 |
| | **5/31/12** | | | **Ending Balance** | | | **2,127.96** |
| 9004<br>Water Heaters | 5/1/12 | | | Beginning Balance | | | 1,627.22 |
| | **5/31/12** | | | **Ending Balance** | | | **1,627.22** |
| 9006<br>Appliances: Refrigerat | 5/1/12 | | | Beginning Balance | | | 2,056.40 |
| | **5/31/12** | | | **Ending Balance** | | | **2,056.40** |
| 9008<br>Appliances: Dishwash | 5/1/12 | | | Beginning Balance | | | 785.48 |
| | **5/31/12** | | | **Ending Balance** | | | **785.48** |
| 9009<br>Appliances: Stoves | 5/1/12 | | | Beginning Balance | | | 1,708.71 |
| | **5/31/12** | | | **Ending Balance** | | | **1,708.71** |
| 9012 | 5/1/12 | | | Beginning Balance | | | 119.52 |

**Pine Grove - MI (9/8/11)**
**General Ledger**
**For the Period From May 1, 2012 to May 31, 2012**

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| Parking Lots/Sidewalk | | | | | | | |
| | 5/31/12 | | | Ending Balance | | | 119.52 |

**Pine Grove - MI (9/8/11)**
**Aged Payables**
**As of May 31, 2012**

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Invoice/CM # | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| GlassRatner MGMT &<br>Glass Ratner Mgmt & Re | t0000204 | 271.88 | | | | 271.88 |
| **GlassRatner MGMT &**<br>**Glass Ratner Mgmt & R** | | **271.88** | | | | **271.88** |
| **Report Total** | | **271.88** | | | | **271.88** |

**Pine Grove - MI (9/8/11)**
**Account Reconciliation**
**As of May 31, 2012**
**1001 - Operating - Bank of America**
**Bank Statement Date: May 31, 2012**

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 74,952.83 |
| Add: Cash Receipts | | | | |
| Less: Cash Disbursements | | | | (2,131.21) |
| Add (Less) Other | | | | (35,065.01) |
| Ending GL Balance | | | | 37,756.61 |
| Ending Bank Balance | | | | 37,885.13 |
| Add back deposits in transi | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | May 24, 2012 | 2175 | (128.52) | |
| Total outstanding checks | | | | (128.52) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 37,756.61 |



H

Bank of America, N.A.
P.O. Box 4899
Atlanta, GA 30302-4899

Page 1 of 3
Statement Period
05/01/12 through 05/31/12
E0  E PA  EA 51                    0527399
Enclosures 0
Account Number   3340 3545 4776

01172 E01 SCM999        0

G.R. MANAGEMENT LLC
PINE GROVE OPERATING
3391 PEACHTREE RD NE STE 110
ATLANTA, GA  30326-1014

---

### Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.888.400.9009

Or you may write to:
Bank of America, N.A.
P.O. Box 4899
Atlanta, GA  30302-4899

---

## Deposit Accounts

---

## Full Analysis Business Checking

### G.R. MANAGEMENT LLC  PINE GROVE OPERATING

---

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 3340 3545 4776 | Statement Beginning Balance | $78,143.95 |
| Statement Period | 05/01/12 through 05/31/12 | Amount of Deposits/Credits | $2,096.00 |
| Number of Deposits/Credits | 2 | Amount of Withdrawals/Debits | $42,354.82 |
| Number of Withdrawals/Debits | 20 | Statement Ending Balance | $37,885.13 |
| Number of Days in Cycle | 31 | Average Ledger Balance | $43,986.60 |
| | | Service Charge | $65.01 |

---

### Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 05/01 | | 1,797.00 | Roseville Hsg  Des:ACH 000133 ID:1496 Indn:Glassratner/Pinegrove  Co ID:1382097889 Ppd | 902318001818987 |
| 05/03 | | 299.00 | Plymouth Housing Des:ACH 000706 ID:4398 Indn:Pinegrove Apartment  Co ID:3383122043 Ppd | 902323009666189 |

H

Page 2 of 3
Statement Period
05/01/12 through 05/31/12
E0   E PA   EA 51
Enclosures 0
Account Number   3340 3545 4776

G.R. MANAGEMENT LLC
PINE GROVE OPERATING

## Withdrawals and Debits
## Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 2151 | 127.20 | 05/01 | 813002092097903 | 2164* | 529.05 | 05/01 | 813009392315842 |
| 2152 | 784.21 | 05/01 | 813009392532654 | 2166* | 889.75 | 05/01 | 813006182020879 |
| 2153 | 195.00 | 05/01 | 813006792485906 | 2169* | 169.64 | 05/03 | 813009992260936 |
| 2155* | 201.41 | 05/01 | 813006592304595 | 2170 | 116.05 | 05/08 | 813006692207913 |
| 2156 | 49.50 | 05/01 | 813009392589705 | 2171 | 798.35 | 05/16 | 813009892494958 |
| 2157 | 95.00 | 05/02 | 813006992116030 | 2172 | 316.04 | 05/14 | 813000212076087 |
| 2158 | 440.00 | 05/22 | 813000512298011 | 2173 | 330.00 | 05/14 | 813006492625772 |
| 2159 | 79.00 | 05/02 | 813006992681319 | 2174 | 272.61 | 05/31 | 813009992186193 |
| 2161* | 300.00 | 05/01 | 813006792585335 | | | | |

* Gap in sequential check numbers.

## Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 05/04 | 0009370800 | 35,000.00 | Account Transfer Trsf To 334034242560 | 906805040008635 |
| 05/15 | | 65.01 | 04/12 Acct Analysis Fee | 940305150000001 |
| 05/29 | 0009439541 | 1,597.00 | Account Transfer Trsf To 334037061959 | 906805290008768 |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/01 | 76,864.83 | 05/08 | 41,704.14 | 05/22 | 39,754.74 |
| 05/02 | 76,690.83 | 05/14 | 41,058.10 | 05/29 | 38,157.74 |
| 05/03 | 76,820.19 | 05/15 | 40,993.09 | 05/31 | 37,885.13 |
| 05/04 | 41,820.19 | 05/16 | 40,194.74 | | |

H

0527401

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ................................................................................. $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ................... $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ...................... $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ........................................................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ........................................................................................................ $ _____

2. Add any deposits not shown on this statement ......................................................................................... $ _____

_____

_____

### SUBTOTAL ................................... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ................. $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ................................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.