### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. § 1716 *et seq.*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No. 11-13891 |
| v. | ) ) | |
| | ) | Hon. Avern Cohn |
| PINE GROVE APARTMENTS OF ROSEVILLE, LTD. a/k/a PINE GROVE APARTMENTS OF ROSEVILLE, LIMITED PARTNERSHIP, an Ohio limited partnership; PINE GROVE APARTMENTS OF ROSEVILLE, II, LTD. a/k/a PINE GROVE APARTMENTS OF ROSEVILLE, II, LIMITED PARTNERSHIP, an Ohio limited partnership, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

WHEREAS a receiver was appointed in this case and Defendants failed to answer or otherwise respond and are in default, the redemption period for the subject property has expired and the need for a receiver is now moot, pursuant to Fed. R. Civ. P. 66 an action where a receiver has been appointed may be dismissed only by court order, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 41(a)(2), the above captioned case is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: <u>July 05, 2012</u>          <u>s/Avern Cohn</u>
                                    AVERN COHN
                                    UNITED STATES DISTRICT COURT JUDGE